# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147495

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

         SC: 147495
         COA: 315569
         Kalkaska CC: 08-002967-FC

LESTER VANDENBOSCH,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

s1118